469 A.2d 691

Taylor v. Taylor, Appellant.
Reargument Denied Jan. 24, 1984.

Argued May 24, 1983. Carole L. Taylor, appellant, in propria persona; Sanford P. Gross, for appellee.

Before CAVANAUGH, ROWLEY and CIRILLO, JJ.

Order affirmed.